DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEREK LAMONT JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2679
_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Barbara Twine
Thomas, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.